No. 64715.—Heeksuede, Inc., et al. *v.* United States, protests 288310–K, etc. (New York).

Opinion by RAO J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

No. 64716.—Heeksuede, Inc., et al. *v.* United States, protests 60/87, etc. (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 C.P.A. 20, C.A.D. 723), the claim of the plaintiffs was sustained.

No. 64717.—Sprouse-Reitz Co., Inc. *v.* United States, protest 58/25780 (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise in fact consists of spoons, the claim of the plaintiff was sustained.